

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Daniel Ray Garcia,

Vs. No. 11-21-00145-CR

The State of Texas,

* From the 106th District Court
of Gaines County,
Trial Court No. 19-5086.

* July 25, 2024

* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below.   Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.